THE PEOPLE OF THE STATE OF NEW YORK ex rel. HENRY N. MERRITT, Respondent, *v.* HENRY P. TUTHILL, as County Treasurer of the County of Suffolk, et al., Appellants.

*People ex rel. Merritt* v. *Tuthill*, 181 App. Div. 952, affirmed.
(Argued March 1, 1918; decided March 12, 1918.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the second judicial department, entered December 28, 1917, which affirmed an order of the Suffolk County Court directing the issuance of a liquor tax certificate to the relator. In the township of Huntington after its investigation, provided for under

the authority of chapter 623 of the Laws of 1917, the local commission filed its report, designating, among others, the place of the respondent as one entitled to a liquor tax certificate from October 1, 1917. The excise commissioner, upon receipt of this report, judicially determined that the report was void; that the commission had failed in its duty, and for that reason he proceeded of his own volition to file a new designation, wherein he failed to certify the place of the respondent as one entitled to a liquor tax certificate, and because of this omission the county treasurer refused to issue a certificate to the respondent.

*C. S. Ferris* and *Harry D. Sanders* for appellants.

*John J. Robinson* for respondent.

Order affirmed, with costs, on authority of *Matter of Hickey* v. *Sisson* (223 N. Y. 92).

Concur: CHASE, COLLIN, CUDDEBACK, CARDOZO, POUND and ANDREWS, JJ. Absent: HISCOCK, Ch. J.